IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TEANA INGERSOLL, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 09-1001-CV-W-HFS ) |
| MOLLE AUTOMOTIVE GROUP, LLC, | ) ) |
| Defendant. | ) |

**ORDER**

The parties have filed a joint motion to remand. The motion states that they are in the process of negotiating the resolution of this case and another case currently pending in Jackson County Circuit Court. The parties contend that settlement of the two cases in imminent and that consolidation in the state court would facilitate resolution. To that end, the parties are in agreement that this case should be remanded. The motion is sound and will be granted. Accordingly, it is hereby

ORDERED that the parties' joint motion to remand (ECF doc. 22) is GRANTED. The Clerk of the Court shall remand the above-referenced case to the Circuit Court of Jackson County, Missouri, under case number 0916-CV33403.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

August  19 , 2010

Kansas City, Missouri